

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **C.H. Robinson Worldwide, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6107302332 | 10/4/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 6106550958 | 9/20/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 6106551016 | 9/20/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 91348564 A | 12/28/2019 | $131.62 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 91451749 | 9/3/2019 | $77,566.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 91454449 | 9/10/2019 | $84,445.29 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 91454478 | 9/10/2019 | $22,333.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 91457382 | 9/22/2019 | $131,217.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 91457401 | 9/17/2019 | $20,847.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6106828559 | 9/30/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6106865459 | 9/26/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6106865475 | 9/26/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107558195 | 10/9/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6107302221 | 10/4/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 91448799 | 8/27/2019 | $100,726.29 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6107302397 | 10/4/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6107302594 | 10/4/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 91459547 | 9/23/2019 | $238,687.15 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 91460099 | 9/24/2019 | $154,122.93 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 91460204 | 9/24/2019 | $19,602.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 91462845 | 9/30/2019 | $192,101.11 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 91463226 | 10/1/2019 | $26,740.61 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 91463248 | 10/1/2019 | $120,673.62 |

C.H. Robinson Worldwide, Inc. (2266171)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107491376 | 10/8/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107491477 | 10/8/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107491550 | 10/8/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080333 | $401,323.13 | 9/26/2019 | 6104814468 | 8/20/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080784Y | $753,368.37 | 10/31/2019 | 6107302153 | 10/4/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 91439965 | 8/6/2019 | $27,752.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080333 | $401,323.13 | 9/26/2019 | 91422947 | 6/25/2019 | $125,536.52 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080333 | $401,323.13 | 9/26/2019 | 91445746 | 8/20/2019 | $1,051.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080333 | $401,323.13 | 9/26/2019 | 91448485 | 8/26/2019 | $274,555.29 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 6105316801 | 8/28/2019 | $330.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 6105316913 | 8/28/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 6105484569 | 9/2/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 91425980 | 7/2/2019 | $113,147.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 91428727 | 7/9/2019 | $118,102.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 91448664 | 8/27/2019 | $946.68 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 91451414 | 9/2/2019 | $192,659.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080426 | $448,255.62 | 10/3/2019 | 91451700 | 9/1/2019 | $22,709.34 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 6105743288 | 9/6/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080722B | $343,202.78 | 10/24/2019 | 6106406666 | 9/17/2019 | $6,301.37 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 6105837837 | 9/9/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 91457136 | 9/16/2019 | $173,130.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 91442923 | 8/13/2019 | $44,936.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 91445896 | 8/20/2019 | $37,065.77 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 91448849 | 8/27/2019 | $28,221.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 91451578 A | 9/3/2019 | $1,193.18 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 91454103 | 9/9/2019 | $231,333.59 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 6105990835 | 9/11/2019 | $180.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 6106156497 | 9/13/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 6106173468 | 9/13/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 6106182659 | 9/13/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 6106182698 | 9/13/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080601 | $403,049.83 | 10/17/2019 | 91445833 | 8/20/2019 | $128,293.06 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107718702 | 10/14/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080522 | $371,042.02 | 10/10/2019 | 6105835439 | 9/9/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 91477845 | 11/5/2019 | $33,339.52 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108772411 | 10/31/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108772445 | 10/31/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108793644 | 11/1/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108824940 | 11/1/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108844177 | 11/1/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108998498 | 11/5/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6108998676 | 11/5/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6109001515 | 11/5/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6109002258 | 11/5/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6109010966 | 11/5/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6109010977 | 11/5/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107558069 | 10/9/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 91477702 | 11/5/2019 | $131,848.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 91474598 | 10/29/2019 | $1,379.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 91477874 | 11/5/2019 | $1,643.89 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109130599 | 11/7/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109130726 | 11/7/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109141028 | 11/7/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109169314 | 11/8/2019 | $180.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109210336 | 11/8/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109250137 | 11/11/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109250268 | 11/11/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 6109408311 | 11/13/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 91477328 | 11/4/2019 | $254,455.10 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 91480212 | 11/11/2019 | $250,363.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 91480451 | 11/12/2019 | $1,089.98 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081299V | $168,992.28 | 12/5/2019 | 6109075977 | 11/6/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91468449 | 10/14/2019 | $227,665.67 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107840122 | 10/15/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107840328 | 10/15/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 6107840512 | 10/15/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 91465840 | 10/7/2019 | $252,092.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 91466149 | 10/8/2019 | $86,928.82 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 91466247 | 10/8/2019 | $22,999.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080864D | $483,224.94 | 11/7/2019 | 91469037 | 10/15/2019 | $119,584.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91442757 LB | 8/13/2019 | $24.26 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91448664 LB | 8/27/2019 | $13.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91454286 | 9/10/2019 | $2,395.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91457225 | 9/17/2019 | $730.66 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91460236 | 9/24/2019 | $349.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 91474891 | 10/29/2019 | $33,671.06 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91466018 | 10/8/2019 | $391.01 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 91474714 | 10/29/2019 | $131,313.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91468830 | 10/15/2019 | $1,249.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91469073 | 10/15/2019 | $30,767.18 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081075H | $371,406.27 | 11/21/2019 | 6108098870 | 10/21/2019 | $315.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081075H | $371,406.27 | 11/21/2019 | 91471644 | 10/21/2019 | $222,230.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081075H | $371,406.27 | 11/21/2019 | 91471853 | 10/22/2019 | $118,486.58 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081075H | $371,406.27 | 11/21/2019 | 91471946 | 10/22/2019 | $29,867.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081075H | $371,406.27 | 11/21/2019 | 91472021 | 10/22/2019 | $507.02 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 6108616109 | 10/29/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 6108616205 | 10/29/2019 | $180.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 6108677005 | 10/29/2019 | $1,049.72 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081128L | $439,320.42 | 11/26/2019 | 91474493 | 10/28/2019 | $271,547.15 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081389P | $615,474.73 | 12/12/2019 | 91480672 | 11/12/2019 | $108,126.29 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081007 | $264,189.11 | 11/14/2019 | 91463386 | 10/1/2019 | $601.73 |

Totals:    12 transfer(s),    $5,062,849.50